**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO: 5:03CV44**

| | |
|---|---|
| XAVIER LEE ZSARMANI,<br>     Plaintiff, | )<br>)<br>) |
| vs. | )    **ORDER** |
| IREDELL COUNTY, et al.<br>     Defendants. | )<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** with respect to the trial date in the above-titled action. In order for the undersigned to have sufficient time to consider the pending motion for summary judgment, the trial date must be moved.

**IT IS, THEREFORE, ORDERED** that this case is continued to the **March 20, 2006** term of court.

**Signed: August 1, 2005**

David C. Keesler
United States Magistrate Judge