# United States District Court
# For The Western District of North Carolina
# Statesville Division

FILED
STATESVILLE, N.C.

SEP 13 2005

U.S. DISTRICT COURT
W. DIST. OF NC

XAVIER LEE ZSARMANI,

    Plaintiff(s),

vs.

IREDELL COUNTY, IREDELL COUNTY
SHERIFF'S DEPARTMENT, PHILLIP
REDMOND, SGT. CLARENCE HARRIS,
DARIN CAMPBELL, JIMMY CRAVEN,
DOES 1-15, FIDELITY AND DEPOSIT
COMPANY OF MARYLAND,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:03CV44

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2005, Order.

September 13, 2005

FRANK G. JOHNS, CLERK

BY: *Carolyn B. Bouchard*
Carolyn Bouchard, Deputy Clerk